# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SELLSTROM MANUFACTURING COMPANY<br>v.<br>LIGHTSWITCH SAFETY SYSTEMS, INC. | FILED: MAY 20, 2008<br>08CV2932 J. N.<br>JUDGE ST. EVE<br>MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SELLSTROM MANUFACTURING COMPANY

| | |
|---|---|
| NAME (Type or print)<br>ROBERT S. RIGG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert S. Rigg | |
| FIRM<br>VEDDER PRICE P.C. | |
| STREET ADDRESS<br>222 North LaSalle Street, Suite 2500 | |
| CITY/STATE/ZIP<br>Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06203991 | TELEPHONE NUMBER<br>(312) 609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |