**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SELLSTROM MANUFACTURING COMPANY<br>v.<br>LIGHTSWITCH SAFETY SYSTEMS, INC. | FILED: MAY 20, 2008<br>08CV2932 J. N.<br>JUDGE ST. EVE<br>MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SELLSTROM MANUFACTURING COMPANY

| NAME (Type or print) |
|---|
| WILLIAM J. VOLLER, III |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ William J. Voller, III |

| FIRM |
|---|
| VEDDER PRICE P.C. |

| STREET ADDRESS |
|---|
| 222 North LaSalle Street, Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287608 | (312) 609-7500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐