IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SELLSTROM MANUFACTURING COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br><br>LIGHTSWITCH SAFETY SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:08-CV-02932<br><br>Honorable Amy J. St. Eve |

## INITIAL STATUS REPORT

Plaintiff, by and through its attorneys, file the following initial status report:

1.　　On May 20, 2008 Plaintiff Sellstrom Manufacturing Company ("Plaintiff") filed the complaint in the above-cited action.

2.　　Plaintiff engaged Defendant Lightswitch Safety Systems ("Defendant") in a series of communications regarding the complaint. As part of these communications, Plaintiff provided Defendant with a copy of the complaint. Defendant asked Plaintiff to temporarily withhold serving the complaint and summons and to allow the parties to seek a potential settlement. Plaintiff agreed to Defendant's request and has not yet served a copy of the complaint and summons on Defendant.

3.　　The parties have exchanged and continue to exchange infringement and invalidity information with respect to U.S. Patent No. 5,315,099 for purposes of seeking a potential settlement. The parties continue to communicate regarding a potential settlement and are attempting to engage the principals of the Plaintiff and Defendant to further such efforts.

4.　　If the parties are not successful in reaching a settlement as part of the instant

communications, Plaintiff will serve the complaint on Defendant prior to September 17, 2008 in accordance with Rule 4(m) of the Federal Rules of Civil Procedure and will proceed with applicable court procedures and discovery.

Respectfully submitted,

SELLSTROM MANUFACTURING COMPANY

　　s/Robert R. Rigg

By: One of its Attorneys

Robert S. Rigg, Esq.
William S. Voller III, Esq.
Vedder Price, P.C.
222 N. LaSalle St., Suite 2600
Chicago, Illinois  60601-1003
(312) 609-7500 – Tel
(312) 609-5005 – Fax
Email: rrigg@vedderprice.com
Date:  June 30, 2008

2

CHICAGO/#1785259.1

communications, Plaintiff will serve the complaint on Defendant prior to September 17, 2008 in accordance with Rule 4(m) of the Federal Rules of Civil Procedure and will proceed with applicable court procedures and discovery.

Respectfully submitted,

SELLSTROM MANUFACTURING COMPANY

　　s/Robert R. Rigg

By: One of its Attorneys

Robert S. Rigg, Esq.
William S. Voller III, Esq.
Vedder Price, P.C.
222 N. LaSalle St., Suite 2600
Chicago, Illinois  60601-1003
(312) 609-7500 – Tel
(312) 609-5005 – Fax
Email: rrigg@vedderprice.com
Date:  June 30, 2008