UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sellstrom Manufacturing Company
                                    Plaintiff,

v.                                                              Case No.: 1:08−cv−02932
                                                                Honorable Amy J. St. Eve

Lightswitch Safety Systems, Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/3/2008 and continued to 9/2/08 at 8:30 a.m. Plaintiff to serve defendant by 8/18/08. Defendant should answer or otherwise plead by 9/30/08. Rule 26(a)(1) disclosures by 10/10/08. Parties should contact the courtroom deputy, 312/435−5879, by 7/11/08 to inform the court whether there is interest in having the case referred to the magistrate judge for settlement conference. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.