AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Sellstrom Manufacturing Company

v.

Lightswitch Safety Systems, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2008CV2932

ASSIGNED JUDGE: Amy St. Eve

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Lightswitch Safety Systems, Inc.
c/o Registered Agent David C. Woodward
329 Quay Lane
Redwood City, CA 94065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Robert S. Rigg
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



August 15, 2008
Date

| Attorney or Party without Attorney: Vedder Price, PC. 222 North LaSalle Street Chicago, IL 60601 Telephone No: (312) 609-7500    FAX No: (312) 609-5005 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 40027.00.0004 |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District, Illinois | |
| Plaintiff: Sellstrom Manufacturing Company | |
| Defendant: Lightswitch Safety Systems | |

| PROOF OF SERVICE SUMMONS IN CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 2008CV2932 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case, Complaint

3. a. Party served:
   b. Person served:       Lightswitch Safety Systems, Inc., by serving Registered Agent David C. Woodward
                           Deborah Naylor, Chief Operations Officer

4. Address where the party was served:    1221 Innsbruck Drive
                                           Sunnyvale, CA  94089

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 18, 2008 (2) at: 3:03PM

7. Person Who Served Papers:
   a. Victor W. Rzepka
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA  95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $176.00
   e. I am: (3) registered California process server
         (i)  Independent Contractor
         (ii) Registration No.:   1175
         (iii) County:            Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 27, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN CIVIL

(Victor W. Rzepka)

vedder.166700